# EXHIBIT G

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Western Division

City Of Rockford, et al.

                     Plaintiff,

v.                                        Case No.: 3:17−cv−50107

                                        Honorable John Z. Lee

Mallinckrodt ARD, Inc., et al.

                     Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 23, 2020:

      MINUTE entry before the Honorable Lisa A. Jensen: Motion hearing held on 9/23/2020 on Defendants' motion for a schedule on interim deadlines [490] (432). As stated in open court, Defendants' motion [490] (432) is granted in part and denied in part. The Court adopts the following schedule: Plaintiffs' motions for class certification and class certification expert reports and Defendants' motions to strike class allegations remain due on 10/16/2020; Plaintiffs' response to Defendants' motion to strike is due 11/16/2020; Depositions of Plaintiffs' class certification experts to be completed by 11/16/2020; Defendants' oppositions to class certification and class certification expert reports due on 12/16/2020; the 12/16/2020 fact discovery deadline is extended to 1/29/2021 solely on the issues raised in Defendants' oppositions to class certification; Depositions of Defendants' class certification experts to be completed by 1/29/2021; and Plaintiffs' replies in support of class certification and class certification expert reports are due on 2/26/2021. By 9/30/2020, the parties are to meet and confer and file an agreed schedule on merits expert discovery. A telephonic status hearing is set for 10/30/2020 at 10:15 AM to discuss the progress of discovery. Public access is available via the following call−in number: (877) 336−1831 with access code 2813746. Counsel for all parties are directed to appear. Counsel of record will receive an email the day prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions. mailed notice (jkd, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.