# EXHIBIT H

| | |
|---|---|
| **From:** | Watts, Ryan Z. |
| **To:** | Don Haviland; Bill Platt; pjf@meyers-flowers.com; jpm@meyers-flowers.com; mikelyle@quinnemanuel.com; ericlyttle@quinnemanuel.com; ethanglass@quinnemanuel.com; Meghan McCaffrey; mikebonanno@quinnemanuel.com; Matthew Hamann; kirkgoza@quinnemanuel.com; jho@renozahm.com; dhundley@pbclawfirm.com; Tracy Turner |
| **Cc:** | Shores, Laura; Pfaffenroth, Sonia Kuester; Bernstein, Michael B.; Pergament, Adam; ssullivan@wilmac.com; Morris, Keron |
| **Subject:** | RE: City of Rockford v. Mallinckrodt ARD, Inc. et al., 17-cv-50107 MSP v. Mallinckrodt ARD, Inc., et al. 3:20-cv-50056 - Hugh O"Neill deposition |
| **Date:** | Friday, September 25, 2020 12:49:56 PM |

Dear Counsel,

Hugh O'Neill is no longer available for his deposition in October 1, 2020 due to an urgent personal matter. He is available on November 2, 2020 (beginning at 10 am ET). We do not think more than one day of testimony is necessary, but Mr. O'Neill is also holding some time the following day, November 3, should the parties agree that additional time is necessary and/or appropriate.

Please let me know if November 2, 2020 works for Plaintiffs.

_____

Ryan Watts

Counsel

Arnold & Porter

601 Massachusetts Ave., NW

Washington | District of Columbia 20001-3743

T: +1 202.942.6609

Ryan.Watts@arnoldporter.com | www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.
_____
For more information about Arnold & Porter, click here:
http://www.arnoldporter.com