# EXHIBIT I

| | |
|---|---|
| **From:** | Watts, Ryan Z. |
| **To:** | Don Haviland; Bill Platt; pjf@meyers-flowers.com; jpm@meyers-flowers.com; mwl@meyers-flowers.com; dhundley@pbclawfirm.com; tturner@pbclawfirm.com; ahiggins@pbclawfirm.com |
| **Cc:** | mikelyle@quinnemanuel.com; ericlyttle@quinnemanuel.com; ethanglass@quinnemanuel.com; meghanmccaffrey@quinnemanuel.com; mikebonanno@quinnemanuel.com; kirkgoza@quinnemanuel.com; matthewhamann@quinnemanuel.com; brendancarroll@quinnemanuel.com; katlanigan@quinnemanuel.com; matthewwasserman@quinnemanuel.com; jho@renozahm.com; Shores, Laura; Pfaffenroth, Sonia Kuester; Bernstein, Michael B.; Watts, Ryan Z.; Wootton, Barbara H.; Hennessy, Sean; Pergament, Adam; Smith, Wrede; Morris, Keron; Young, Dylan Scot; Schreck, Debra; Shapland, Eric; ssullivan@wilmac.com |
| **Subject:** | City of Rockford v. Mallinckrodt ARD Inc., et al.; MSP Recovery Claims, Series LLC, et al. v. Mallinckrodt ARD Inc., et al. - James Fares |
| **Date:** | Thursday, October 1, 2020 5:41:26 PM |

Counsel,

James Fares is no longer available to sit for his deposition on October 21, 2020 due to a medical-related conflict.  He is available instead on November 12, 2020.   Please let us know if that date is agreeable to the City of Rockford.

Regards,

_____

Ryan Watts

Counsel

Arnold & Porter

601 Massachusetts Ave., NW

Washington | District of Columbia 20001-3743

T: +1 202.942.6609

Ryan.Watts@arnoldporter.com | www.arnoldporter.com

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com